IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IDOWU RAJI,                              :        No. 3:25cv2208
                                         :
                    Petitioner           :        (Judge Munley)
                                         :
         v.                              :
                                         :
WARDEN J. GREENE,                        :
                                         :
                    Respondent           :

ORDER

**AND NOW**, to wit, this _____ day of April 2026, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.    The habeas petition is **DISMISSED**.  (Doc. 1).

2.    The remaining pending motion is **DISMISSED** as moot.  (Doc. 11).

3.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court